Please send back information as legal
mail to be opened in front of inmate inmate
Thank you.

5-23 CV-052-H

DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 16 2023       03/09/2023

CLERK, U.S. DISTRICT COURT
By
Deputy

Im writing to the clerk to find
out what paper work it is that I
need to fill out and to file with
the Courts against (Eden Detention
Center) for [§ 1983 Civil Rights
Violation Act / medical male practice.]

I have had a Kidney Ston that is
unpassible for over a year now and
my urine always has blood in it. I
put in sick calls after sick call and
nothing was being done. I constantly
go through my day in extream unbearable
pain because of the neglect. Now
Im getting sicker in my body with
throwing up to where I have nothing
more to throwup and Nurs Staff saying
to me because I finnaly got them to
do another (UA) on me that they
don't know why my urine has so
much white blood cells in it. I
have all my paper work and seeking
Counsel for these legal matters. Please
I need help because this may turn into
a life long issue because of the neglect
and now I have to do something about
it. I want to file suit.



Case 5:23-cv-00052-H     Document 1     Filed 03/16/23     Page 2 of 6     PageID 2

LEGAL
MAIL
Clerk of Court

LEGAL
MAIL
Clerk of Court

Steven T. Holt 61589018
Eden Detention Center
702 E. Broadway St.
PO. Box 1617
Eden, Tx 76837

RECEIVED

MAR 16 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



LEGAL Mail

Attention:
U.S. Federal Distric Court
Clerk of Court
1205 Texas Ave
Lubbock, Tx 79401

79401340037 D067

Legal Mail

03/09/2023