PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION *AMENDED*

```
                                          U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF TEXAS
                                              FILED

                                            APR 1 4 2023

                                       CLERK, U.S. DISTRICT COURT
                                       By _____
                                                  Deputy
```

Steven Timothy Holt #61589018
Plaintiff's Name and ID Number

Eden Detention Center
Place of Confinement

CASE NO. 5:23-CV-00052-H
(Clerk will assign the number)

ᵛEden Detention Center
702 E Broadway St. Eden, TX 76837
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)_____

        7.  Approximate date of disposition:_____

II.   PLACE OF PRESENT CONFINEMENT: _Eden Detention Center/SHU-Z-pod_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: _Steven Timothy Holt #61589018_
_Eden Detention Center 702 E Broadway St._
_Eden, Texas 76837_

B.   Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Eden Detention Center, The Overview to_
_Safty, Medical, Dental, Mental Health   Eden Detention Center_
_702 E Broadway St. Eden, Tx 76837_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Constant neglect of Kidney Stone 3 excruciating pain, sickness medical maleprentice mentally and physiedly_

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1: I've had a Kidney Stone at Eden Detention center for over a year. First sickcall February 23, 2022, "When I use the restroom I'm peeing a lot of blood." The next day was examined at medical by: Provider Tracy Penn, who then set a appointment for Labs & Xray. That soon followed. D dorm. A month or two pass and I place a sickcall of bad pain and mrs. Tracy Penn came to see me in H-pod. Mrs. Penn advised me the Stone was more than likely not going to pass because it was 5cm. She went on, She was placing me on (Flowmax) It would Open urinary valves to allow the Stone to pass. Also, a appointment

See Att...

1-4

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Help with medical, physically & mentally. To make sure this doesn't happen to anyone else. That they know it is wrong what is happening. A relief of $1.8 million

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

Steven T. Holt, Steve, Steven Timothy Holt

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

61589018, I can't remember the FBI # I was given in 2021

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✔NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division):_____

2.    Case number:_____

3.    Approximate date sanctions were imposed:_____

4.    Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

Attachment from page 4
of Complaint

to have a CT/MRI done.

2: May 9, 2022 E dorm, Two Sickcalls. One for pain & need something to break down the Kidney Stone. Reply, there's nothing to break down stone and awaiting approval for MRI. Drink more water. The second sickcall, having crazy pain in my Back and Leg. 3: May 13, 2022 E dorm, Two Sickcalls. One for pain and something to break down Kidney stone. Reply is always the same... Waiting on approval for CT Scan. Second sickcall to up the dose of pain meds from one 400mg to two twic daily. Reply, sent for review. 4: June 28, 2022, Refill for meds & a resolution for my ongoing problem that seems to be getting worse. I almost past out from the pain. Reply back from medical 13 days later. Checking on approval, ↑ water. K-pod 5: July 24, 2022, K-pod, Refill for pain meds. Reply, pain meds expired. Put in another Sickcall to see nurse. I put one in and no one came to see me... Some days later the Provider Tracy Penn, was walking by my cell 208 K-pod and I then showed her a cup of urine I just peed. It was full of blood. I also said I needed pain meds. She said have you filled out a sickcall I said yes, then tried to give it to her. She said no the nurses don't like when I take them. That she would have one pick a sample up that night with sickcall. Nothing happend, no one came to see me. x6: August 4, 2022, I filed Two medical Grievances. Repetitvely put in sickcall after for Kidney stone and have to go to the out side hospital to have it removed. I've waited for over 6 months now. It's too big to pass, I need help I'm peeing blood everyday. K-pod 208. Responding report, last Sickcall was 05/10/2022, That's not true. I have 4 dated & Signed 05/13/22, 05/13/22, 06/28/22, 07/24/22 ... Other respones from S. Scott a "CNS", there are no new or pending sickcalls beyoned that date, The investigation found no outstanding request. Waiting approval for CT Scan to Locate Kidney Stone identified on xray. A follow up with provider, "that won't come see me", regarding plan of care.     That response sums it up for both Grievances I File August 4, 2022... x7: August 8, 2022 Grievance  →

1

© 2010 SampleWords.com

Attachment
Of Complaint

Coordinator, ~~dropped off~~ S. Harvey, dropped off Grievance to me in 208 K-pod. She didn't give me my copy to do my appeal because she walked off after I called out to her over 3 over. About 3 weeks later I was pulled for a CT Scan. 8: September 9, 2022, Sickcall peeing blood need a cup to put it in, no one comes. 9: September 11, 2022, To be placed back on pain med need to see nurse. no one comes. 10: October 3, 2022, Can I please be placed back on meds. I been waiting for weeks. Nothing happends... All in K-pod 208.
     11: A nurse some time in November comes to see me, Mrs. Baxter, for some sickcalls I put in months back. Asking me about the pain and what its like when I use the restroom. And that they had me set for a CT Scan... I say wait I did one already. She said it's not showing in the system. That it may have been lost and would need to get back with the hospital to get another one. "Copy" Z-pod 105. 12: December 12, 2022, Z-pod 105, 3 AM around that time, Sgt. Retio had to call medical. I woke up having trouble breathing. My throat was closing up on me and tongue was swollen. Nurse Taylor did vitals and gave me benydrial + Tylenol. Sgt. Retio & Ms. Taylor both said I was talking funny and looked very pail, and that my blood pressure was high. After some time passed I was feeling a little better. Later that day Lt. Sandoval called medical again and my Attorney to check on me. The nurse seen me and said she really couldn't see anything, but she didn't come in nor pulled me out to do a proper examination. I told her the back of my throat was swollen and my tongue as well the bridge of my mouth. She left and I popped the back of my throat myself. It all draind out and didn't come back. Nurse Castello ~~set~~ set a appointment with a dentist, of which I didn't need. 13: December 28, 2022 Z-pod, Sickcall Really BAD PAIN FROM KIDNEY..! Still haven't received anything for it and haven't heard nothing about CT scan from 3-4 months ago. One of the nurses said it was lost...
     14: January 6, 2023 K-pod 104, peeing blood →

2

© 2010 SampleWords.com

Attachment
of comlaint

and nothing is being done for me. Reply 02/04/23, seen by Nurse J. moldonado. **15:** January 15, 2023 K-pod 104, Having really bad pain. Can't climb out of bed, stand straight, nor bend over. That night Sgt. Retio called medical. Nurse Mrs. Moldonado came did vitals gave me Ibuprofen. She then said that it wasn't their fault, it was the Marshals to blame. To file a Grievance with them. She then left around 1:30 Am or so... **16:** January 22, 2023 K-pod, Sickcall, having really bad pain from kidney stone that isn't passing, and is giving me back pain and other sickness. Reply, Follow up to see provider Ford pending. **17:** Febuary 6, 2023 K-pod, Sickcall, Swelling in my left arm and think it is from kidney stone of a infection in my body now. That night nurse Ms. Limon was working Z-pod for someone running the team. She steped over and I showed it to her. She said was I working out I said no. It was a big pocket of fluid the length of my whole arm. Then she went back to Z-pod. About a week passes of me showing every nurse, but give up and it soon after disipates. Nothing further happens. **18:** Febuary 9, 2023 K-pod, Can't sleep and having anxiety, depression. I want to speak with phsyc. **19:** Febuary 17, 2023 K-pod, Having bad pain and haven't been given anything for it... **20:** March 5, 2023 K-pod, Sickcall, been throwing up 3 having really server pain in my kidney and want to go to the hospital. Officer Holden and Cook both worked that night. Both witness me lying of the floor next to the toilet for 3 hours, and back to the toilet to throw up. It started around 7:pm and I was talking on video with my feance' Tamyja Sanchez, for about two hrs. as I was going through that. Officer Holden called for medical to come. They showed around 9:30 pm. Nurse Limon 3 a black gentlmen. Ms. Limon took my vitals and then said you're going through it again? I said yeah... She said, Holt, dhere is really anything I can do for you, that it's the Marshals faut fualt. ——→

3

# Attachment
## of complaint

Then stated she would bring me a cup for a sample. I told her for months I've been trying to get them to do this.    21: To give a playback, for 9 months I never got placed on any paid medication, nor did the provider Tracy Penn over my case came to see me..

22: March 6, 2023 was a week the Marshals were doing a Audit of Eden Detention Center and providers Tracy Penn & Donna Ford came to see me in K-pod. Mrs. Penn then stated, we have the results of your Labs & CT scan. Your CT scan show's that it is a 12 cm stone and not 5 as we first said from your last xray. It is unpassable and would have to have it removed by out side care. That it is up to the Marshals and what they want to do. Tracy Penn said, your labs really didn't show any bacteria, but there was a lot of white blood cells. I'm no doctor, but doesn't that mean there is a infection in my body that it is trying to get out. Once again from 07/24/2022 → 03/05/2023, I haven't been given any pain meds. For the frequent if not constant, extream excruciating pain. I now go throught my day struggling mentally & physically with uncertainties of how my future may be. See exhibits 1 and 2. Exhibit 1 is for claims 6 & 7, Exhibit 2 is for claims 1 → 22 Attached.    Thank you for your time
Steven Timothy Holt.

4

© 2010 SampleWords.com

C. Has any court ever warned or notified you that sanctions could be imposed?          _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: _____                    _____
             DATE

                                               _____
                                                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____63____ day of ___April~~March~~___, 20 _23_ .
             (Day)                (month)              (year)

                                   Steven Timothy Holt
                                   _____
                                          (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



**Eden Detention Center**
Detainee/Resident Grievance (14-100B) Response

*Case: 5:23-CV-00052-H*
*Exhibit:1, for claims 6:37*
*pages 1-7*

**Grievance Issue(s)** ~~medical~~

K 208

**Response:**        Sir, please be advised that your Grievance has been investigated, and resolved. If you do not agree with this resolution, you have until **August 12, 2022** to file an appeal. The appeal portion is located on the bottom half of the second page of your grievance. Be sure to sign your copy of the grievance prior to submitting your appeal. Please have your unit team contact me if you have any questions.


Thank you,


X *Harvey*
_____

S. Harvey
Grievance Coordinator

**Monday, August 08, 2022**

1 –

Grievance No.: USMS 2022-1110

RECEIVED
AUG 0 5 2022
Harvey

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Steven T Holt | | |
|---|---|---|---|
| NUMBER: | 61589018 | HOUSING ASSIGNMENT: | SHU K 208 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I have repetuled out in sick calls for a third kidney stone that I have to go out to the outside hospital for 6 months now. And it's just getting worst. It is to big to pass and I need help. I've passed out once from it already. and pee blood everyday.

**Requested Action:** (Attach additional pages if necessary)

To be taken to the hospital to have it removed

Inmate/Resident's Signature: Steven T Holt        Date Submitted: 8/4/22



**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Last sickcall received 5/10/22 addressed; No new or pending sick call requests

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

I have investigated your claims and found that you currently have no outstanding requests. We are currently awaiting approval for a CT to locate the kidney stones identified on your X-Ray. You will follow up with a Provider regarding the Plan of care. No further action is required at this time.

Responding Staff Member's Printed Name: S. Scott     Title: RNS

Responding Staff Member's Signature: _____ Date: 8/5/22

Inmate/Resident's Signature (upon receipt): _____ Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

3-

Grievance No.: 08003 2022 111

RECEIVED
AUG 0 5 2022
BY: Harvey

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Steven T Holt | | |
|---|---|---|---|
| NUMBER: | 6158908 | HOUSING ASSIGNMENT: | SHU K 208 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I was suppose to go out to the hospital because of a Sciatic nerve problem that I have a may need Sergery and mostings has happened. I've put in for a bottom bunk pass because I can't get into the top bunk

**Requested Action:** (Attach additional pages if necessary)

Need to go to the hospital and need my pass for bottom bunk

Inmate/Resident's Signature: _____   Date Submitted: 8/4/22

4 -

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

N/A

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

I have investigated your claim you were referred for imaging to locate exactly the kidney stone, observed in the x-ray. After the imaging is complete you will follow up with a provider regarding the plan of care. Please continue to take medication as prescribed and a follow up will be scheduled to go over the plan of care. No further action needed at this time.

Responding Staff Member's Printed Name: S. Scott          Title: CNS

Responding Staff Member's Signature: _____          Date: 9/5/22

Inmate/Resident's Signature (upon receipt): _____          Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____          Date: _____

Inmate/Resident's Signature (upon receipt) _____          Date: _____

5 -

Grievance No.:_____    14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Steven T Holt | | |
|---|---|---|---|
| NUMBER: | 1589018 | HOUSING ASSIGNMENT: | 3HU K 208 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I have repeatedly put in Sick calls for a kidney stone That I have to go out to the outside hospital for 6 months now. And it's just getting worst. It is to big to pass and I need help. I've passed out once from it already. and pee blood everyday.

**Requested Action:** (Attach additional pages if necessary)

To be taken to the hospital to have it removed

Inmate/Resident's Signature: Steven T Holt      Date Submitted: 8/4/22

Page 1 of 2

6 - 

03/07

Grievance No.:_____                                                                    14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Steven T Holt | | |
|---|---|---|---|
| NUMBER: | 6158908 | HOUSING ASSIGNMENT: | 3Hu R 208 |

**INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?** ☐ YES  ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I was suppose to go out to the hospital because of a 3ciant nerve problem that I have and may need sergery and nothing has happened. I'm put in for a bottom bunk pass because I can't get into the top bunk.

**Requested Action:** (Attach additional pages if necessary)

Need to go to the hospital and need my pass for bottom bunk.

Inmate/Resident's Signature: _Holt_    Date Submitted: _8/4/22_

Page 1 of 2                        7-___                        03/07

Case: 5:23-cv-00052-H

# Exhibit: 2

Medical Sickcalls for the pass 25 months.
Claims: 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

1

© 2010 SampleWords.com

**13-80A3**

## SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

### PART A: (To be completed by inmate/detainee patient)

Date: 2/23/22 Work Assignment: None

Work Hours: None          Housing Assignment: D-34L

Reason for requesting Health Services appointment (BE SPECIFIC): When I use the restroom I'm peeing blood.

How long have you had this problem? 4 days now.

Inmate/Detainee Name (print): Steven T Holt      Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: _____      Date of Birth: 12/01/1987

### PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: 2/23/22      Time Received: 0030 hours

## DISPOSITION

### PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) RN Yhaiva

Date and Time FTF Encounter completed: 2/24/22, 1630 Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**  ☑ YES (check below for the timeframe)  ☐ No Referral

☐ Medical        ☐ Dental        ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: Yhaiva          Date: 2/24/21

### PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

Labs ordered, Xray of Abdomen
New order for tylenol x5dip

QHCP Signature: Yhaiva          Date: 2/24/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee

   

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

**13-80A3**

## SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

### PART A: (To be completed by inmate/detainee patient)

Date: May 9    Work Assignment: None

Work Hours: None    Housing Assignment: E-21-U

Reason for requesting Health Services appointment (BE SPECIFIC): I'm having crazy
pain from a "Kidney Stone" and not getting any-
thing to brake it down to pass it.

How long have you had this problem? 3 months

Inmate/Detainee Name (print): Steven T Holt    Inmate/Detainee Number: 6158918

Inmate/Detainee Signature: Holt    Date of Birth: 12-01-87

### PART B: (Medical Staff Only)

Sick Call Received by: (signature) Hall

Date Received: 5/10/22    Time Received: 1200 hours

----

## DISPOSITION

### PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ____/____/____, ____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**    ☐ YES (check below for the timeframe)    ☐ No Referral

☐ *Medical*    ☐ *Dental*    ☐ *Mental health*

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: _____    Date: _____

### PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:** Refer to previous request: Currently there are no medication
to "break down" Renal calculi. Continue to await MRI
approval. Increase fluid intake 1-2 gallons of water daily.

QHCP Signature: _____    Date: 5/11/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee

3

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

## SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

### PART A: (To be completed by inmate/detainee patient)

Date: May 9   Work Assignment: None

Work Hours: None   Housing Assignment: E-21-U

Reason for requesting Health Services appointment (BE SPECIFIC): I have crazy back & leg pain and can't really use my left leg. Need bottom bunk pass. They move me to top and I can't do it.

How long have you had this problem? 9 months

Inmate/Detainee Name (print): Steven T Holt   Inmate/Detainee Number: 6589018

Inmate/Detainee Signature: Holt   Date of Birth: 12-01-87

### PART B: (Medical Staff Only)

Sick Call Received by: (signature) Small

Date Received: 5/10/20   Time Received: 1200 hours

------------------------------------------------------------

## DISPOSITION

### PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ____/____/____, ____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☑ YES (check below for the timeframe)   ☐ No Referral

☐ Medical   ☐ Dental   ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____   Date: _____

### PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

Request being reviewed by provider

QHCP Signature: _____   Date: 5/26/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 5/13/22  Work Assignment: none

Work Hours: none    Housing Assignment: E-21-U

Reason for requesting Health Services appointment (BE SPECIFIC): Need refill f
Something that can brake down the kidney stone
that I'm trying to pass.

How long have you had this problem? 4 months

Inmate/Detainee Name (print): Steven T Hoi+    Inmate/Detainee Number: 6158901?

Inmate/Detainee Signature: _____    Date of Birth: 12-01-87

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: 5/14/22    Time Received: 0012 hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) NHT

Date and Time FTF Encounter completed: ____/____/____, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☒ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☐ Medical    ☐ Dental    ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____    Date: 5/14/22

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

At this time there are no medications available that
"break down" renal calculi. At this time we are
awaiting an approval for a CT scan and further treatment
will be decided at that time. Please stay well hydrated
and use pain medication as needed.

QHCP Signature: _____    Date: 5/14/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee



5

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 5-13-22  Work Assignment: None

Work Hours: None          Housing Assignment: E-21-U

Reason for requesting Health Services appointment (BE SPECIFIC): To rais the dose
of Ibuprofen up from 400m to 800mg because of
the amount of pain I'm suffering. My back & leg is getting worst.

How long have you had this problem? 10 months

Inmate/Detainee Name (print): Steven J Holt          Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: [signature]          Date of Birth: 12-01-87

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) [signature]

Date Received: 5/14/22    Time Received: 0012 hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) N/A

Date and Time FTF Encounter completed: ___/___/___, ___ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☒ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☒ No Referral

☐ Medical        ☐ Dental        ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: [signature]          Date: 5/14/22

## PART D: (To be completed by Medical Staff)

HEALTH SERVICES REPLY:

request has been sent to the Provider for
review

QHCP Signature: [signature]          Date: 5/14/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 05/28/22 Work Assignment: None

Work Hours: None          Housing Assignment: SHU, K-pod 208 L

Reason for requesting Health Services appointment (BE SPECIFIC): Need a refill on meds for Kidney Stones and also resolution because it seems to be getting worst I almost past out from the pain today. Flowmax

How long have you had this problem? 5 man8t now Since I've been here

Inmate/Detainee Name (print): Steven Timothy Holt    Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: Steven Holt          Date of Birth: 12-01-87

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) Shely

Date Received: 6/28/22          Time Received: 23/10 hours

---

# DISPOSITION

KOP 5/16/22

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) Stacy Gonzalez, RN

Date and Time FTF Encounter completed: 07 /10 /22 , _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☒ Medical          ☐ Dental          ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____          Date: _____

## PART D: (To be completed by Medical Staff)

HEALTH SERVICES REPLY:

Refilled meds Order Placed. am checking on approval for CT/MRI. ↑ water.

QHCP Signature: An RN          Date: 7/10/22

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

## SOLICITUD DE CONSULTA MÉDICA / FACE-TO-FACE ENCOUTNER

### PARTE A: (Debe completarla el detenido que sea el paciente)

Fecha: 7/24/22        Trabajo asignado: N/A

Horario de trabajo: N/A        Vivienda asignada: SHU = R-208L

Motivo de la solicitud de una cita para Servicios Médicos (SEA ESPECÍFICO): Refill on Meds For My back pain / Ibuprofen 400mg Twice daily

¿Cuánto tiempo ha tenido este problema? Over a year now

Nombre del Detenido (en letra de molde): Steven T Holt    Número del Detenido: 61589018

Firma del Detenido: Steven Holt        Fecha de nacimiento: 12/01/89

### PART B: (Medical Staff Only/Solo Personal Medico)

Sick Call Received by: (signature) _____

Date Received: ___/___/___        Time Received: _____ Hours

## DISPOSITION

### PART C: (To be completed by Medical/Health Services Staff Only/Solo Personal Medico)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, _____ Hours

Check Disposition:

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 72 hours)

☑ No appointment needed (must fill out Part D below)

Referral to LIP (Check yes or no): ☐ YES (check below for the timeframe)    ☐ No Referral

☐ Medical        ☐ Dental        ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: Gloria Medders LVN        Date: 7-26-22

### PART D: (To be completed by Medical Staff/Solo Personal Medico)

HEALTH SERVICES REPLY: Your Ibuprofen order expired (out of date) 6-18-22. Place a sick Call to see Nurse.

QHCP Signature: Gloria Medders LVN        Date: 7-26-22

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

08/08/2018

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 9-9-2022  Work Assignment: SHU Laundry Orderly

Work Hours: AM  Housing Assignment: SHU R-208C

Reason for requesting Health Services appointment (BE SPECIFIC): Peeing a lot of blood and need a cup to put it in to show you.

How long have you had this problem? A week

Inmate/Detainee Name (print): Steven T Holt  Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: Steven Holt  Date of Birth: 12-01-1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___  Time Received: _____hours

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, ____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**  ☐ **YES (check below for the timeframe)**  ☐ **No Referral**

☐ Medical        ☐ Dental        ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: _____  Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____  Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee




03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 9-11-2022 Work Assignment: SHU orderly

Work Hours: Any          Housing Assignment: SHU K 208C

Reason for requesting Health Services appointment (BE SPECIFIC): To see nurse to be placed back on meds for the kidney stone I'm passing Ibuprofen 400 mg twice daily

How long have you had this problem? 8 Months

Inmate/Detainee Name (print): Steven T. Holt     Inmate/Detainee Number: 6158908

Inmate/Detainee Signature: SHolt     Date of Birth: 12-01-1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___     Time Received: _____hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, ___ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):** ☐ YES (check below for the timeframe)   ☐ No Referral

☐ Medical     ☐ Dental     ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____     Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____

_____

_____

_____

_____

QHCP Signature: _____     Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee

 

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

**13-80A3**

## SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

**PART A:** (To be completed by inmate/detainee patient)

Date: _10/3/22_ Work Assignment: _SHU Laundry Porter_

Work Hours: _Any_ Housing Assignment: _SHU K 208 L_

Reason for requesting Health Services appointment **(BE SPECIFIC):** _Ibuprofen 400mg two by month twice daily for the Kidney Stone I'm passing and have been waiting for week's now please._

How long have you had this problem? _9 months and waiting to have it removed_

Inmate/Detainee Name (print): _Steven T Holt_ Inmate/Detainee Number: _61584018_

Inmate/Detainee Signature: _Steven T Holt_ Date of Birth: _12-01-1987_

**PART B:** (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___     Time Received: _____ hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DISPOSITION

**PART C:** (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**   ☐ **YES (check below for the timeframe)**   ☐ **No Referral**

☐ *Medical*       ☐ *Dental*       ☐ *Mental health*

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____   Date: _____

**PART D:** (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____

_____

_____

_____

_____

QHCP Signature: _____   Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee

 

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

**13-80A3**

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: _12-12-22_  Work Assignment: _SHU Porter_

Work Hours: _9 to 5_  Housing Assignment: _SHU Z-105-L_

Reason for requesting Health Services appointment **(BE SPECIFIC):** _Need anti-biotics for Absessed gum scopped pain meds._

How long have you had this problem? _2 days_

Inmate/Detainee Name (print): _Steven T Holt_  Inmate/Detainee Number: _6158908_

Inmate/Detainee Signature: _[signature]_  Date of Birth: _12-01-1987_

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _[signature]_

Date Received: _12/12/22_  Time Received: _2300_ hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _N/A_

Date and Time FTF Encounter completed: ____/____/____, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)  ☐ Urgent NSC (within 24 hours)  ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**  ☐ **YES (check below for the timeframe)**  ☐ **No Referral**

☐ *Medical*  ☐ *Dental*  ☐ *Mental health*

☐ Emergency (Immediately)  ☐ Urgent (within 24 hours)  ☑ Routine (within 2-14 days)

QHCP Signature: _Ola Castillo RN_  Date: _12-13-22_

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_Scheduled to see dentist_

_thanks_

QHCP Signature: _[signature]_  Date: _12-13-22_

White Copy: Medical Records
Pink Copy: Inmate/Detainee

 

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

**13-80A3**

## SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

### PART A: (To be completed by inmate/detainee patient)

Date: _12-12-22_ Work Assignment: _SHU Porter_

Work Hours: _PM_ Housing Assignment: _SHU_

Reason for requesting Health Services appointment (BE SPECIFIC): _Need Ibuprofen_
_for pain for the kidney Stone that hasent passed_
_yet! Done CT Scan and it was lost._

How long have you had this problem? _Feb of this year._

Inmate/Detainee Name (print): _Steven T Holt_ Inmate/Detainee Number: _61589018_

Inmate/Detainee Signature: _[signature]_ Date of Birth: _12-01-1987_

### PART B: (Medical Staff Only)

Sick Call Received by: (signature) _[signature]_

Date Received: _12/12/22_ Time Received: _2300_ hours

---

## DISPOSITION

### PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _Maldonado_

Date and Time FTF Encounter completed: _1/16/23 0154_ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☒ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)  ☒ No Referral

☐ Medical        ☐ Dental        ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: _[signature]_        Date: _2/4/23_

### PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____

_____

_____

_____

QHCP Signature: _[signature]_        Date: _2/4/23_

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 13-12-22  Work Assignment: SHU Porter

Work Hours: Aux  Housing Assignment: SHU

Reason for requesting Health Services appointment (BE SPECIFIC): Need Ibuprofen for pain for the Kidney Stone that has not passed yet. Done CT Scan and it was lost

How long have you had this problem? Feb of this year.

Inmate/Detainee Name (print): Steven T Holt  Inmate/Detainee Number: 01589018

Inmate/Detainee Signature: _____  Date of Birth: 12-01-1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___  Time Received: _____ hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, ___ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☐ Medical      ☐ Dental      ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____  Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____  Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

**13-80A3**

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 12/28/22  Work Assignment: SHU porter

Work Hours: Any  Housing Assignment: SHU

Reason for requesting Health Services appointment (BE SPECIFIC): REALLY BAD PAIN FROM KIDNEY... Still havent recieve anythink for it. And havent heard anything about my CT Scan 3-4 month agoe

How long have you had this problem? GOING ON A YEAR HERE

Inmate/Detainee Name (print): Steven T. Holt  Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: [signature]  Date of Birth: 12-01-1987

*Side they couldnt find it and I went out to the hospital for one.*

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ____/____/____  Time Received: _____ hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ____/____/____, ____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☐ *Medical*     ☐ *Dental*     ☐ *Mental health*

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____  Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____  Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee

 

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 1/6/23  Work Assignment: SHU Porter

Work Hours: am  Housing Assignment: SHU K-104-L

Reason for requesting Health Services appointment (BE SPECIFIC): Peeing a lot of blood from kidney stone and nothing is being done for me

How long have you had this problem? Going on a year

Inmate/Detainee Name (print): Steven T Holt  Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: Sh  Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___  Time Received: _____ hours

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, ___ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☐ Medical      ☐ Dental      ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____  Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____  Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee



16

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

K 104    **13-80A3**

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 1/6/23    Work Assignment: SHU Porter

Work Hours: am    Housing Assignment: SHU K-104-L

Reason for requesting Health Services appointment (BE SPECIFIC): Peeing a lot of blood from kidney stone and nothing is being done for me

How long have you had this problem? Going on a year

Inmate/Detainee Name (print): Steven T Holt    Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: Stott    Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature)

Date Received: 1/10/23    Time Received: _____ hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) Maldonado

Date and Time FTF Encounter completed: 1/16/23, 0154 Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☒ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**    ☐ YES (check below for the timeframe)    ☒ No Referral

☐ Medical    ☐ Dental    ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: Ce,pp3 R    Date: 2/4/23

## PART D: (To be completed by Medical Staff)

HEALTH SERVICES REPLY:

Seen by Maldonado 1/16/23

QHCP Signature: Cum    Date: 2/4/23

White Copy: Medical Records
Pink Copy: Inmate/Detainee

 

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 1/15/23    Work Assignment: SHU Porter

Work Hours: nights    Housing Assignment: SHU K-104-C

Reason for requesting Health Services appointment (BE SPECIFIC): Having really bad back pain can't stand straight, bend over, let alone climb out the bed. Don't know if it's because of the kidney stone I have.

How long have you had this problem? All day. Taken Ibuprofen but not working.

Inmate/Detainee Name (print): Steven T Holt    Inmate/Detainee Number: 6589018

Inmate/Detainee Signature: _____    Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: 1/15/23    Time Received: 2230 hours

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) J Maldonado

Date and Time FTF Encounter completed: 1/16/23, 0130 Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☒ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**    ☒ YES (check below for the timeframe)    ☐ No Referral

☒ Medical    ☐ Dental    ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☒ Routine (within 2-14 days)

QHCP Signature: _____    Date: 1-16-23

## PART D: (To be completed by Medical Staff)

HEALTH SERVICES REPLY:

Seen NSC Follow up as needed

QHCP Signature: _____    Date: 1-16-23

White Copy: Medical Records
Pink Copy: Inmate/Detainee




03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 01/22/23  Work Assignment: Porter

Work Hours: any  Housing Assignment: SHU K-104-L

Reason for requesting Health Services appointment (BE SPECIFIC): Having really bad pain from a kidney stone that will not pass because it's too big. It is now giving me back pain and other sicknesses.

How long have you had this problem? Going on a year

Inmate/Detainee Name (print): Steven Timothy Holt    Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: _____    Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) J Shely

Date Received: 1/22/23    Time Received: 01:00 hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) Lumo

Date and Time FTF Encounter completed: 2/4/23 , ___ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☒ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):** ☐ YES (check below for the timeframe)  ☐ No Referral

☒ Medical    ☐ Dental    ☐ Mental health

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: Lumo    Date: 2/4/23

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

Follow up c Foid pending

QHCP Signature: Lumos    Date: 2/4/23

White Copy: Medical Records
Pink Copy: Inmate/Detainee



19

03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

Case 5:23-cv-00052-H    Document 6    Filed 04/14/23    Page 36 of 41    PageID 45

**13-80A3**

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 02/6/23   Work Assignment: Porter

Work Hours: any          Housing Assignment: SHU K-104-L

Reason for requesting Health Services appointment (BE SPECIFIC): Having Swelling in my left arm and don't know if it is from the Kidney Stone or a infection in my body because of it now.

How long have you had this problem? A year I've had this going on and now its [affecting my health]

Inmate/Detainee Name (print): Steven T Holt          Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: [signature]          Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/___          Time Received: _____ hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/___, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

   ☐ Medical      ☐ Dental      ☐ Mental health

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____          Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____          Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021

13-80A3

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 02/9/23 Work Assignment: Porter

Work Hours: Pm    Housing Assignment: SHU-K-104-L

Reason for requesting Health Services appointment **(BE SPECIFIC):** Requesting to speak to phsyc for depresion, anxiety, and can't sleep.

How long have you had this problem? Mouth 1/2

Inmate/Detainee Name (print): Steven T Holt    Inmate/Detainee Number: 6158908

Inmate/Detainee Signature: _____    Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ___/___/____    Time Received: _____ hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ___/___/____, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)    ☐ Urgent NSC (within 24 hours)    ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**    ☐ **YES (check below for the timeframe)**    ☐ **No Referral**

☐ *Medical*    ☐ *Dental*    ☐ *Mental health*

☐ Emergency (Immediately)    ☐ Urgent (within 24 hours)    ☐ Routine (within 2-14 days)

QHCP Signature: _____    Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____    Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee



03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

**13-80A3**

# SICK CALL REQUEST / FACE-TO-FACE ENCOUNTER

## PART A: (To be completed by inmate/detainee patient)

Date: 2/17/23   Work Assignment: Porter

Work Hours: Night   Housing Assignment: SHU-K-104-C

Reason for requesting Health Services appointment **(BE SPECIFIC):** Having bad pain from my Kidney and haven't been given anything for it

How long have you had this problem? A year

Inmate/Detainee Name (print): Steven T. Holt   Inmate/Detainee Number: 61589018

Inmate/Detainee Signature: _____   Date of Birth: 12/01/1987

## PART B: (Medical Staff Only)

Sick Call Received by: (signature) _____

Date Received: ____/____/____   Time Received: _____ hours

---

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only)

Face-to-Face (FTF) completed by QHCP: (print name) _____

Date and Time FTF Encounter completed: ____/____/____, _____ Hours

**Check Disposition:**

☐ Emergent NSC (Immediately)   ☐ Urgent NSC (within 24 hours)   ☐ Routine NSC (within 3-7 days)

☐ No appointment needed *(must fill out Part D below)*

**Referral to LIP (Check yes or no):**   ☐ YES (check below for the timeframe)   ☐ No Referral

☐ *Medical*   ☐ *Dental*   ☐ *Mental health*

☐ Emergency (Immediately)   ☐ Urgent (within 24 hours)   ☐ Routine (within 2-14 days)

QHCP Signature: _____   Date: _____

## PART D: (To be completed by Medical Staff)

**HEALTH SERVICES REPLY:**

_____
_____
_____
_____
_____

QHCP Signature: _____   Date: _____

White Copy: Medical Records
Pink Copy: Inmate/Detainee




03/31/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

13-80A3 - SPAN

# SOLICITUD DE CONSULTA MÉDICA / FACE-TO-FACE ENCOUTNER

## PARTE A: (Debe completarla el detenido que sea el paciente)

Fecha: 3/5/23     Trabajo asignado: Porter

Horario de trabajo: Aut     Vivienda asignada: BHU-R-104-L

Motivo de la solicitud de una cita para Servicios Médicos (SEA ESPECÍFICO): Been throw up and having really server pain in my kidney and want to go to the Hospital

¿Cuánto tiempo ha tenido este problema? A day but 18 hour sough

Nombre del Detenido (en letra de molde): Steven T. Hol     Número del Detenido: 6158901

Firma del Detenido: _____     Fecha de nacimiento: 12/81/1987

## PART B: (Medical Staff Only/Solo Personal Medico)

Sick Call Received by: (signature) Colungiw

Date Received: 03/06/23     Time Received: 0100     Hours

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# DISPOSITION

## PART C: (To be completed by Medical/Health Services Staff Only/Solo Personal Medico)

Face-to-Face (FTF) completed by QHCP: (print name) Limon RN

Date and Time FTF Encounter completed: 3/6/23, 2130 Hours     3/5/23

**Check Disposition:**

☐ Emergent NSC (Immediately)     ☐ Urgent NSC (within 24 hours)     ☐ Routine NSC (within 3-7 days)

☒ No appointment needed (must fill out Part D below)

**Referral to LIP (Check yes or no):** ☐ YES (check below for the timeframe)     ☒ No Referral

☐ Medical     ☐ Dental     ☐ Mental health

☐ Emergency (Immediately)     ☐ Urgent (within 24 hours)     ☐ Routine (within 2-14 days)

QHCP Signature: _____     Date: 3/6/23

## PART D: (To be completed by Medical Staff/Solo Personal Medico)

**HEALTH SERVICES REPLY:**

Your urine has been tested and sent to lab.

QHCP Signature: _____     Date: 3/6/23

White Copy: Medical Records
Pink Copy: Inmate/Detainee



Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

03/31/2021



US POSTAGE and PITNEY BOWES
$ 010.55⁰
ZIP 76837
02 4W
0000366891 APR 11 2023

PRIORITY MAIL
TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use
Label 107R, May 2014

RECEIVED
APR 14 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District Of Texas
1205 Texas AVE., Room 209
Lubbock, Tx 79401

Steven Timothy Holt
#61589078
Eden Detention Center
702 E. Broadway St.
P.O. Box 1617
Eden, Tx 76837

PRIORITY MAIL
TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use
Label 107R, May 2014

Label 400 Jan. 2013
7690-16-000-7948

USPS TRACKING #

114 9014 9645 0838 8028 60

