UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STEVEN TIMOTHY HOLT,
Institutional ID No. 61589018

                       Plaintiff,

v.                                                 No. 5:23-CV-00052-H

EDEN DETENTION CENTER,

                     Defendant.

## ORDER TRANSFERRING CASE

Plaintiff, a federal prisoner proceeding pro se and *in forma pauperis*, filed this civil-rights action under 42 U.S.C. § 1983.[1] A civil-rights complaint is properly filed in the judicial district where a defendant resides or in the judicial district where a substantial part of the events or omissions giving rise to the claims occurred. 28 U.S.C. § 1391(b). A district court may, upon its own motion, transfer any civil action to any other district or division where the claim could have been brought, for the convenience of parties and witnesses and in the interest of justice. 28 U.S.C. §§ 1404 and 1406.

Plaintiff is presently confined in the Eden Detention Center (EDC). He sues the EDC, and presumably, unnamed officers employed at the EDC, for events that allegedly happened in the EDC. The EDC is in Concho County, which is in the San Angelo Division of the Northern District of Texas. *See* 28 U.S.C. § 124. Thus, in the interests of justice and judicial economy, the Court finds that Plaintiff's complaint should be transferred to the United States District Court for the Northern District of Texas, San Angelo Division under 28 U.S.C. § 1404(a).

---

[1] *See also* 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

So ordered.

Dated April 27, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge